## IN THE MATTER OF GABRIEL GODFROY, AN ABSENT GRAND JUROR

### 1809

#### JOURNAL ENTRIES

1. Rule . . . . . . . . . . . . . . *Journal, infra,* \*p. 208
2. Rule enlarged . . . . . . . . . . . . . " 218
3. Cause shown; excused . . . . . . . . . . " 219

#### PAPERS IN FILE
[None]

## IN THE MATTER OF WILLIAM BROWN, AN ABSENT GRAND JUROR

### 1809

#### JOURNAL ENTRIES

1. Rule . . . . . . . . . . . . . . *Journal, infra,* \*p. 208

#### PAPERS IN FILE
[None]